

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIELA ABUNDIZ,<br><br>Defendant. | CR 17–09–M–DLC–1<br><br>ORDER |

THIS matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 140). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 21 U.S.C. § 853.

2. A Preliminary Order of Forfeiture was entered on June 23, 2017. (Doc. 87.)

3. The Declaration of Publication was entered on November 20, 2017 and included, as part of the Phoenix Arms HP-22A Handgun, Serial Number 4472296, one empty magazine without a serial number and ten Rounds of .22

ammo that had been removed from the handgun; those items were advertised as items of forfeiture along with the gun. (Doc. 136-1.) All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 136.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 140) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- $1,200.00 in United States Currency; and

- A Phoenix Arms HP-22A Handgun, Serial Number 4472296 (to include 1 Empty Magazine with No Serial Number and 10 rounds of .22 Ammo).

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 22nd day of December, 2017.

_Dana L. Christensen_
Dana L. Christensen, Chief Judge
United States District Court